

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MATTHEW FLOREZ AND LEXUS BROWN, | § | No. 08-19-00302-CV |
|  | § | Appeal from the |
| Appellant, | § | 143rd District Court |
| v. | § | of Reeves County, Texas |
| PASCUAL Q. OLIBAS, | § | (TC# 19-07-23056-CVR ) |
| Appellee. |  |  |

## **O R D E R**

The Court GRANTS the Appellee's fourth motion for extension of time within which to file the brief until December 20, 2020. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. James D. Lucas, the Appellee's attorney, prepare the Appellee's Brief and forward the same to this Court on or before December 20, 2020.

IT IS SO ORDERED this 2nd day of December, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.